IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 23 2010

GREGORY C. LANGHAM
                    CLERK

Civil Action No. 10-cv-01987-BNB

DALE HEIL,

Applicant,

v.

BRIGHAM SLOAN, Warden, Bent County Correctional Facility, Colorado Department of Corrections, and
JOHN SUTHERS, Attorney General of the State of Colorado,

Respondents.

## ORDER TO CURE DEFICIENCY

Applicant, Dale Heil, is a prisoner in the custody of the Colorado Department of Corrections at the Bent County Correctional Facility in Las Animas, Colorado. Mr. Heil has filed *pro se* an "Application for a Writ of Habeas Corpus Pursuant to Title 28 U.S.C. § 2254" in which he challenges the execution of his prison sentence. More specifically, Mr. Heil claims that his constitutional rights have been violated because prison officials have withheld, denied, and taken vested earned time credits for a number of years.

As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the application is deficient. First, the application is not filed on the proper form approved for use by prisoners in this court as required by the court's local rules. See D.C.COLO.LCivR 8.2A. However, the court will not require Mr. Heil to file an amended application on the proper 28 U.S.C. § 2254 form because his claims challenging the execution of his sentence must be raised in a habeas corpus action pursuant to 28 U.S.C. § 2241. See *Montez v. McKinna*, 208 F.3d 862, 865 (10th Cir.

2000) (noting that claims challenging the validity of a conviction or sentence properly are asserted pursuant to § 2254 and claims challenging the execution of a sentence properly are asserted pursuant to § 2241). Therefore, Mr. Heil will be directed to file an amended application for a writ of habeas corpus on the proper 28 U.S.C. § 2241 form if he wishes to pursue his claims in this court in this action. Accordingly, it is

ORDERED that Mr. Heil file an amended application on the proper 28 U.S.C. § 2241 form **within thirty (30) days from the date of this order**. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Heil, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that if Mr. Heil fails to comply with this order within the time allowed, the action will be dismissed without further notice.

DATED August 23, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01987-BNB

Dale Heil
Prisoner No. 57658
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

    I hereby certify that I have mailed a copy of the **ORDER two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 form** to the above-named individuals on 8/23/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk