IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01987-BNB

DALE HEIL,

    Applicant,

v.

BRIGHAM SLOAN, Warden, Bent County Correctional Facility, Colorado Department of Corrections, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 9 2010

GREGORY C. LANGHAM
                     CLERK

## ORDER OF DISMISSAL

Applicant, Dale Heil, initiated this action by filing *pro se* an "Application for a Writ of Habeas Corpus Pursuant to Title 28 USC § 2254." On August 23, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Heil to file an amended pleading on the proper form as required by the Court's local rules if he wished to pursue his claims in this action. *See* D.C.COLO.LCivR 8.2A. Mr. Heil was warned that the action would be dismissed without further notice if he failed to cure this deficiency within thirty days.

Mr. Heil has failed to cure the deficiency within the time allowed and has failed to respond in any way to Magistrate Judge Boland's August 23 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiency. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil

Procedure for failure to cure the deficiency as directed by order filed on August 23, 2010. It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right.

DATED at Denver, Colorado, this  29th  day of  September , 2010.

BY THE COURT:

 s/Philip A. Brimmer 
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01987-BNB

Dale Heil
Prisoner No. 57658
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/29/10

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk