IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 8 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-01987-ZLW

DALE HEIL,

    Applicant,

v.

BRIGHAM SLOAN, Warden, Bent County Correctional Facility, Colorado Department of Corrections, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

---

ORDER DENYING MOTION TO RECONSIDER

---

Applicant, Dale Heil, has filed *pro se* on October 5, 2010 a letter to the Court asking the Court to reconsider and vacate the Court's Order of Dismissal and the Judgment entered in this action on September 29, 2010. The Court must construe the letter liberally because Mr. Heil is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the letter will be construed liberally as a motion to reconsider. For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to alter or amend the judgment must be filed within twenty-

eight days after the judgment is entered. *See* Fed. R. Civ. P. 59(e). The Court will consider Mr. Heil's motion to reconsider pursuant to Rule 59(e) because it was filed within twenty-eight days after the Judgment was entered in this action on September 29, 2010. *See Van Skiver*, 952 F.2d at 1243 (stating that motion to reconsider filed within ten-day limit for filing a Rule 59(e) motion under prior version of that rule should be construed as a Rule 59(e) motion). The three major grounds that justify reconsideration are: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. *See Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000).

The Court dismissed the instant action without prejudice because Mr. Heil failed to comply with an order directing him to file an amended pleading on the proper form as required by the Court's local rules. *See* D.C.COLO.LCivR 8.2A. Blank copies of the proper form were mailed to Mr. Heil with a copy of the order directing him to cure this deficiency. However, Mr. Heil failed to respond to the order to cure the deficiency. As a result, the Court dismissed the action without prejudice for failure to cure the deficiency.

Upon consideration of the liberally construed motion to reconsider and the entire file, the Court finds that Mr. Heil fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action. Mr. Heil fails to demonstrate the existence of an intervening change in controlling law or new evidence and he fails to convince the Court of any need to correct clear error or prevent manifest injustice. Instead, Mr. Heil asks the Court to reconsider the Order of Dismissal because his family had hired an attorney to represent him and he believed that the attorney had everything

under control and would be filing the amended pleading as directed. However, no attorney has entered an appearance in this action. Furthermore, Mr. Heil is reminded that the Court dismissed the instant action without prejudice. Therefore, if Mr. Heil wishes to pursue his claims, he may do so by filing a new action. Accordingly, it is

ORDERED that Mr. Heil's letter to the Court filed on October 5, 2010, which the Court has construed as a motion to reconsider, is denied.

DATED at Denver, Colorado, this  18th  day of  October , 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01987-ZLW

Dale Heil
Prisoner No. 57658
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10|18|10

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk